UNITED STATES DISTRICT COURT

DISTRICT OF SOUTH DAKOTA

WESTERN DIVISION

| | |
|---|---|
| ESLI D BARRERA GUZMAN,<br><br>Plaintiff,<br><br>vs.<br><br>PAMELA JO BONDI, IN HER OFFICIAL CAPACITY AS ATTORNEY GENERAL OF THE UNITED STATES; KRISTI NOEM, IN HER OFFICIAL CAPACITY AS SECRETARY OF DEPARTMENT OF HOMELAND SECURITY; TODD LYONS, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR OF UNITED STATES IMMIGRATION AND CUSTOMS ENFORCEMENT; DAVID EASTERWOOD, IN HIS OFFICIAL CAPACITY AS ACTING DIRECTOR, ST. PAUL FIELD OFFICE, U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT; AND BRIAN C. DEAN, IN HIS OFFICIAL CAPACITY AS SHERIFF OF LAWRENCE COUNTY;<br><br>Defendants. | 5:26-CV-05020-RAL<br><br>ORDER FOR STATUS REPORT |

On March 16, 2026, this Court entered an opinion and order granting writ of habeas corpus and ordering release of petitioner Esli D. Barrera Guzman, Doc. 13. There is no pending appeal from that opinion and order. Petitioner had sought a grant of his writ and retention of jurisdiction to decide any future motion for an award of attorney's fees. Doc. 1 at 22. But a panel of the United States Court of Appeals for the Eighth Circuit subsequently decided differently, choosing to interpret "applicant for admission" in 8 U.S.C. § 1225 very broadly to apply not only to those

stopped at or close to the border, but also to those who have lived and worked for years in the United States awaiting determination of their status to remain in the United States. See Avila v. Bondi, 170 F.4th 1128, 1132–38 (8th Cir. 2026). This Court is unsure whether this case may now be dismissed or any reason to retain jurisdiction persists. To advise this Court, it is hereby

ORDERED that parties—jointly, if possible—submit a status report within fourteen (14) days to advise this Court what should be done.

DATED this 18th day of November, 2026.

BY THE COURT:

ROBERTO A. LANGE
CHIEF JUDGE